IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: TAMMI HEILMAN )
)
Debtor. )
) Chapter 7 BK No. 05-22219 WV
)
TAMMI HEILMAN, )
Plaintiff, )
vs. ) Adversary No. 05-1321 WV
U.S. DEPARTMENT OF EDUCATION )
Defendant. )

**FILED FEB 2 7 2007**

## ORDER GRANTING DISCHARGE

This matter comes before this Court for the discharge of students loans made to The United States of America through its agency and the Secretary of the U. S. Department of Education (DEd) under the William D. Ford Federal Direct Loan Program by the Plaintiff Tammi J. Heilaman. The Plaintiff has paid the defendant $16,000.00 as a complete settlement of the amount owing on her account. The amount has been paid and applied to the account. The remaining balance is hereby discharged.

The Court finds for cause shown that the loan from Tammi J. Heilaman to the William D. Ford Foundation (principal amount of $29, 959.21 with interest of $557.76 as of January 11, 2006 with the settlement application of $16,000.00 identified with SSN last four digets 6830) is hereby discharged pursuant to 11 U.S.C. §523(a)(8)(A).

FEB 2 7 2007

T.M. Weaver
**United States Bankruptcy Judge**

Approved By:

Kay Sewell, OBA No. 10778
Assistant United States Attorney
210 Park Avenue Suite 400
Oklahoma City, OK 73102
(405) 553-8700  fax (405) 553-8885

Chuck Moss OBA No.
Attorney for Plaintiff
500 N. Meridian, Suite 300
Oklahoma City, OK  731007
(405) 949-5544